| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trimble, Jr, James T. | U.S. District Court for the Western District of Louisiana | 10/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Senior District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court for the Western District of Louisiana
P.O. Box 1031
Alexandria, Louisiana 71309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Barksdale Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Capital One | A | Interest | L | T | | | | | |
| 3. LPL Financial | A | Interest | J | T | | | | | |
| 4. Exxon Corporation | B | Dividend | J | T | | | | | |
| 5. Fidelity Management IRA Trust (H) | A | Dividend | J | T | | | | | |
| 6. -Strategic Advisors Core Fund | | | | | Sold (part) | 01/13/12 | J | A | |
| 7. | | | | | Sold (part) | 10/17/12 | J | A | |
| 8. -Strategic Advisors Growth Fund | | | | | Sold (part) | 10/17/12 | J | A | |
| 9. | | | | | Sold (part) | 11/30/12 | J | A | |
| 10. -Strategic Advisors Value Fund | | | | | Sold (part) | 10/17/12 | J | A | |
| 11. -Strategic Advisors Emerging Market | | | | | Sold (part) | 03/15/12 | J | A | |
| 12. -Strategic Advisors US Oppty Fund | | | | | | | | | |
| 13. -Strategic Advisors Small Mid Cap Fund | | | | | | | | | |
| 14. -Strategic Advisors International Fund | | | | | Sold (part) | 01/25/12 | J | A | |
| 15. | | | | | Sold (part) | 03/15/12 | J | A | |
| 16. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 17. | | | | | Sold (part) | 09/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/17/12 | J | A | |
| 19. -Fidelity Select Gold | | | | | | | | | |
| 20. -Fidelity Capital & Income | | | | | Sold (part) | 03/15/12 | J | A | |
| 21. -Fidelity High Income | | | | | Sold (part) | 03/15/12 | J | A | |
| 22. -Fidelity Total Bond | | | | | Buy (add'l) | 05/25/12 | J | | |
| 23. -Strategic Advisors Short Duration Fund | | | | | Buy (add'l) | 01/25/12 | J | | |
| 24. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 25. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 26. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 27. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 28. -Strategic Advisors Income Opportunities | | | | | Buy (add'l) | 03/15/12 | J | | |
| 29. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 30. | | | | | Sold (part) | 11/15/12 | J | A | |
| 31. -Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 01/13/12 | J | | |
| 32. | | | | | Buy (add'l) | 01/25/12 | J | | |
| 33. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 34. | | | | | Buy (add'l) | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Fidelity Cash Reserve (X) | | | | | | | | | |
| 36.  -FIMM MMKT PORT INST CL | | | | | Buy (add'l) | 01/13/12 | J | | |
| 37. | | | | | Buy (add'l) | 01/25/12 | J | | |
| 38. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 39. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 40. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 41. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 42.  -Arden Alternative Strategies Class | | | | | Buy (add'l) | 11/30/12 | J | | |
| 43.  -Credit Suisse COMMD RTN Strategy Instl Sh | | | | | Buy | 01/13/12 | J | | |
| 44.  -Merger Fund | | | | | | | | | |
| 45.  -Metropolitan West Low Duration | | | | | | | | | |
| 46.  -PIMCO Short Term Administrative Shares | | | | | Sold (part) | 05/25/12 | J | A | |
| 47. | | | | | Sold (part) | 11/15/12 | J | A | |
| 48.  -T Rowe Price High Yield Advisor Cl | | | | | Sold (part) | 03/15/12 | J | A | |
| 49.  -Templeton Global Bond Class A | | | | | | | | | |
| 50.  LPL Strategic Asset Management IRA (H) | A | Dividend | J | T | | | | | |
| 51.  -American Century Quantitative Equity Fund | | | | | Buy | 01/09/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Deere & Company | | | | | Buy | 01/11/12 | J | | |
| 53. | | | | | Sold | 08/28/12 | J | | |
| 54. -American Balanced Fund Inc | | | | | Sold | 01/09/12 | K | A | |
| 55. -Blackrock Natural Resources Investor Cl A | | | | | Sold (part) | 08/03/12 | J | A | |
| 56. -Intrepid Capital Management Funds Trust | | | | | Sold (part) | 01/11/12 | J | A | |
| 57. LPL Strategic Assest Management (H) | A | Dividend | J | T | | | | | |
| 58. -Delaware Extended Duration Bond Fund | | | | | Buy | 01/09/12 | J | | |
| 59. -Franklin Cust Utility Fund | | | | | Buy | 03/05/12 | J | | |
| 60. -Murphy Oil Corp | | | | | Sold | 03/15/12 | J | | |
| 61. -Franklin Federal Tax Fee Income | | | | | Buy | 05/11/12 | J | | |
| 62. -Murphy Oil Corp | | | | | Sold | 05/01/12 | J | | |
| 63. -Citigroup Inc New | | | | | Sold | 01/09/12 | J | | |
| 64. -PIMCO Fds PAC Invt Mgmt Ser Real Return | | | | | Sold | 01/09/12 | J | | |
| 65. Stifel Prestige & Company (H) | A | Dividend | J | T | | | | | |
| 66. -Deere & Company | | | | | Buy | 01/27/12 | J | | |
| 67. -Automatic Data Processing Inc | | | | | Buy | 10/09/12 | J | | |
| 68. -Eaton Corp | | | | | Buy | 10/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RAINTREE ASSOCIATES, LTD Gulf Port, Mississippi | D | Rent | N | W | | | | | |
| 70. U.S. Savings Bonds - Series EE | A | Interest | K | T | | | | | |
| 71. Kraft Foods Group | A | Dividend | J | T | Buy | 10/12/12 | J | | |
| 72. Coca Cola | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 73. Raytheon | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 74. Goldman Sachs Tax Free Fund | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 75. General Electric Co | A | Dividend | J | T | | | | | |
| 76. IShares Core S&P 500 | A | Dividend | J | T | | | | | |
| 77. Columbia Seligman Com and Info | A | Dividend | J | T | | | | | |
| 78. John Hancock Large Cap Equity | A | Dividend | K | T | | | | | |
| 79. Principal High Yield Cl A | A | Dividend | K | T | | | | | |
| 80. Fidelity Select Port Adv | A | Dividend | | | Sold | 07/01/12 | K | | |
| 81. Fairpoint Communications Inc | A | Dividend | J | T | | | | | |
| 82. Frontier Communication Corp | A | Dividend | J | T | | | | | |
| 83. Verizon Communications | A | Dividend | K | T | | | | | |
| 84. Washington Mutual Inc | A | Dividend | | | Sold | 07/01/12 | K | | |
| 85. Capital World Fund | A | Dividend | | | Sold | 07/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Smallcap World Fund | A | Dividend | | | Sold | 07/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that Coca Cola, Raytheon, and Goldman Sackhs (94, 95, and 96) were inadvertently not included in my 2011 report. My secretary is positive that she sent this information to Washington to be included, but somehow it was omitted and I did not catch the omission prior to filing. Coca Cola and Raytheon are included on my recusal list. I regret this oversight and hope the committee can consider my 2011 report amended accordingly. Amended Report 09-18-2013

The following securities are listed on the 2011 report and were sold prior to 01-01-2012:
(1) CAL FED EMP CR UNION (9) FIDELITY MONEY MARKET (15) FIDELITY INTL DISCOVERY (28) PAS INCOME OPPORT FUND OF FUNDS (29) PIMCO COMMODITY REAL RET STRAT ADMIN CL (30) PIMCO HIGH YIELD ADMINISTRATIVE SHS (32) PIMCO TOTAL RETURN ADMINISTRATIVE SHS
(45) T ROWE PRICE EQUITY INCOME ADVISOR CL (56) EURO PACIFIC GROWTH FD CL A (58) FIRST EAGLE FUNDS INC OVERSEAS FUND CLASS A (59) FRONTIER COMMUNICATIONS CORP (70) BURNHAM INVESTORS TR FINANCIAL INDUSTRIES FD CL A
(78) FIDELITY ADV SER VII TECHNOLOGY FD CL A

The following security should have been listed on the 2011 report:
(85) PIMCO FDS PAC INVT MGNT SER REAL RETURN

The Fidelity Cash Reserve on line 35 is a cash account used to handle annual required minimum distributions. I apologize about the confusion over its reporting.

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/11/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James T. Trimble, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544